**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

C.G.,                                                          :    No. 317 WAL 2020
                                                               :
              Respondent                                       :
                                                               :
                                                               :    Petition for Allowance of Appeal
                                                               :    from the Order of the Superior Court
       v.                                                      :
                                                               :
                                                               :
T.G.,                                                          :
                                                               :
              Petitioner                                       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.